IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MARIBEL APARICIO MALDONADO

DEBTOR

CASE NO. 10-04506-ESL

CHAPTER 13

### DEBTOR'S MOTION REQUESTING ORDER
### RE: AUTHORIZATION TO USE FUNDS FROM TAX REFUND

TO THE HONORABLE COURT:

NOW COMES, **MARIBEL APARICIO MALDONADO**, debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. This Court has held that the "tax refund becomes income when received and in the amount received. The amount must be paid into the plan shortly after receipt." *Opinion and Order*, dated June 22, 2009, *In re Figueroa Padilla*, case no. 07-07495.

2. The debtor's proposed Plan dated July 28, 2010, provides that debtor's tax refund will be paid into the Plan. See docket no. 21.

3. The debtor has received their 2010 tax refund in the sum of $1,000.00. Attached is copy of the check as received from the Treasury Department of Puerto Rico.

4. The debtor need to use the funds from the "tax refunds" for the following expenses: vehicle repairs, and glasses expenses. Attached is copy of invoices for all of these expenses.

5. Based on the above stated, the debtor respectfully requests this Court to Order the authorization of the use of these funds to allow the debtor to pay for this expenses with her "tax refund".

**WHEREFORE**, debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2010 tax refund by the debtor to pay for the above stated expense.

## NOTICE

Within ten (10) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, Jose R. Carrion Morales, Esq.; I also certify that a copy of this motion was sent via US Mail to Maribel Aparicio Maldonado Urb. Mariolga V 12 San Joaquin Street Caguas PR 00725.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 28th day of August, 2011.

/s/ *Roberto Figueroa-Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 193677 SAN JUAN PR 00919-3677
TEL NO 787-744-7699 FAX 787-746-5294
EMAIL: rfigueroa@rfclawpr.com

15985241

AUTO**SCH 5-DIGIT 00725
JULIO E PORTELA MARCANO Y
MARIBEL APARICIO MALDONADO
URB MARIOLGA
V12 CALLE SAN JOAQUIN
CAGUAS PR 00725-6449

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR 00902-4140

ELECTRONIC SERVICE REQUESTED

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
SAN JUAN, P.R.
PERMIT NO. 1130

H 17925030

See reverse side for complete security features.

Modelo SC
31 ENERO

| DIA | MES | AÑO | | DIA | MES | AÑO | |
|---|---|---|---|---|---|---|---|
| 21 | 07 | 11 | | 21 | 01 | 12 | 15985241 |
| FECHA EMISION | | | | VENCE EN | | | NUMERO DE CHEQUE |

REINT
2010

UN MIL CON NO/100

JULIO E PORTELA MARCANO Y
MARIBEL APARICIO MALDONADO

8416

BGF

IMPORTE
$******1,000.00

SECRETARIO DE HACIENDA

⑆15985241⑆ ⑈021502118⑈ 325⑉0401⑉3⑈

# CENTRO GOMAS ROBERTO

Barrio Bayamón — Tel. 739-8747 — Buzón 6152
CIDRA, PUERTO RICO
Gomas Nuevas, Recaping, Tubos, Baterias,
Accesorios, Piezas de Bicicleta,
Cambio de Aceite y Filtros
Atendido Por su Propio Dueño

Agosto 9 de 20 11

SR. Xaviel Portela

| | | |
|---|---|---|
| 4 | 185/60R13 | 270.00 |
| | Kumho Tax | 18.90 |
| 4 | Balanc. | $288.90 |

**Nota:** Nuestras cuentas vencen mensualmente

Las partes contratantes someten expresamente a las salas del Tribunal Superior y de Distrito para cuantas gestiones judiciales sean originadas por el presente contrato. Despúes de treinta dias de la fecha de esta factura su importe devengara intereses al 12 por ciento anual.

# FACTURA 3959155

## CENTROPIEZAS PLUS
"PIEZAS PARA AUTOMOVILES EN GENERAL"
• AMERICANOS • JAPONESES • EUROPEOS

**IMPORTANTE:**
NO ACEPTAMOS NINGUN TIPO DE RECLAMACION O DEVOLUCION DESPUES DE CINCO (5) DIAS DE VENDIDA LA MERCANCIA.
EFECTOS ELECTRICOS Y DE CARBURACION NO TIENEN GARANTIA NI DEVOLUCION.
NO ACEPTAMOS DEVOLUCIONES EN PIEZAS DESPACHADAS CORRECTAMENTE.
TODO DEPOSITO CADUCA A LOS SIETE (7) DIAS.
NO ATENDEREMOS NINGUN RECLAMO SIN LA PRESENTACION DE ESTA FACTURA.

CENTROPIEZAS SIERRA BAYAMON
AVE WEST MAIN CALLE C BLOQUE 39-A #21 SIERRA BAYAMON
HORARIO: LUNES a SABADO 7:30 AM A 5:30 PM DOMINGO 11:00 A 2:00
TELS (787) 740-1777 (787) 740-4044 FAX (787) 269-0055

Prt:PRT039
Term:NET111
User:cpjan
Loc: 5
Page: 1
Codes:2
Slsm:0
QUOTE:

Cliente: Cash Customer       Cust : 0
Order:08/08/2011 11:20AM

| CANTIDAD | NUMERO DE PIEZA *B/O* | DESCRIPCION | DEPOSITO | PRECIO LISTA | PRECIO VENTA | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | MON 6S71644 HYUNDAI ACCENT 95-98 FRONT RH | IGUAL 333211=5466122000 | | 59.00 | 59.00 | 59.00 |
| 1 | MON 6S71645 HYUNDAI ACCENT 95-98 FRONT LH | IGUAL 333212=5465122000 | | 59.00 | 59.00 | 59.00 |
| 1 | FPA 7376D497GM HYUNDAI ACCENT,EXCEL,MITS.PRECIS FRONT 2000-90 | PAD FRENO | | 27.00 | 27.00 | 27.00 |
| 1 | FBS 707NB HYUNDAI ACCENT 95-99 | SET BANDAS DE FRENO | | 22.00 | 22.00 | 22.00 |
| 1 | SOJ 2181022010 HYUNDAI ACCENT 95-00 RH STD=22020/22040 | SOPORTE MOTOR=2181022000 | | 29.00 | 29.00 | 29.00 |
| 1 | SOJ 2183022000 | 8724/2183022200 SOP. TRAS. | | 24.00 | 24.00 | 24.00 |

TOTAL UNIDADES | LABOR | TOTAL DEPOSITO | TOTAL LISTA | PAGUE ESTE TOTAL
→ $

RECIBIDO POR: X _____
FIRMA AUTORIZADA DEL CLIENTE

---

# FACTURA 3959156



## CENTROPIEZAS PLUS
"PIEZAS PARA AUTOMOVILES EN GENERAL"
• AMERICANOS • JAPONESES • EUROPEOS

**IMPORTANTE:**
NO ACEPTAMOS NINGUN TIPO DE RECLAMACION O DEVOLUCION DESPUES DE CINCO (5) DIAS DE VENDIDA LA MERCANCIA.
EFECTOS ELECTRICOS Y DE CARBURACION NO TIENEN GARANTIA NI DEVOLUCION.
NO ACEPTAMOS DEVOLUCIONES EN PIEZAS DESPACHADAS CORRECTAMENTE.
TODO DEPOSITO CADUCA A LOS SIETE (7) DIAS.
NO ATENDEREMOS NINGUN RECLAMO SIN LA PRESENTACION DE ESTA FACTURA.

CENTROPIEZAS SIERRA BAYAMON
AVE WEST MAIN CALLE C BLOQUE 39-A #21 SIERRA BAYAMON
HORARIO: LUNES a SABADO 7:30 AM A 5:30 PM DOMINGO 11:00 A 2:00
TELS (787) 740-1777 (787) 740-4044 FAX (787) 269-0055

Prt:PRT039
Term:NET111
User:cpjan
Loc: 5
Page: 2
Codes:2
Slsm:0
QUOTE:

Cliente: Cash Customer       Cust : 0
Order:08/08/2011 11:20AM

| CANTIDAD | NUMERO DE PIEZA *B/O* | DESCRIPCION | DEPOSITO | PRECIO LISTA | PRECIO VENTA | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | SOJ 2184022000 HYUNDAI ACCENT 97-99 STD | 8676 S/MOTOR FRONT | | 21.00 | 21.00 | 21.00 |
| 1 | SOJ 2185022702 HYUNDAI ACCENT 1.5L 95-97 STD | 8677 SOP MOTOR | | 22.00 | 22.00 | 22.00 |
| 4QT | OIL PENN10W40 HYUNDAI ACCENT SOHC REAR 95-96 | 3653 PENNZOIL 10W40 QT. | 1.00 | 3.95 | 3.95 | 19.80 |
| 1 | PUR L14459 | PZ33/PER4459 | | 4.00 | 4.00 | 4.00 |
| 1 | PUR A25076 IZUSU/MITS/MAZDA/SUBARU/PONTIAC | F/AIRE = 2811322051 | | 14.00 | 14.00 | 14.00 |
| 1 | OF AL69079 HYUNDAI ACCENT 95-99 | FF203/319112200/F45067-P | | 12.00 | 12.00 | 12.00 |

TOTAL UNIDADES | LABOR | TOTAL DEPOSITO | TOTAL LISTA | PAGUE ESTE TOTAL
→ $

RECIBIDO POR: X _____
FIRMA AUTORIZADA DEL CLIENTE

# FACTURA

**IMPORTANTE:**
NO ACEPTAMOS NINGUN TIPO DE RECLAMACION O DEVOLUCION DESPUES DE CINCO (5) DIAS DE VENDIDA LA MERCANCIA.
EFECTOS ELECTRICOS Y DE CARBURACION NO TIENEN GARANTIA NI DEVOLUCION.
NO ACEPTAMOS DEVOLUCIONES EN PIEZAS DESPACHADAS CORRECTAMENTE.
TODO DEPOSITO CADUCA A LOS SIETE (7) DIAS.
NO ATENDEREMOS NINGUN RECLAMO SIN LA PRESENTACION DE ESTA FACTURA.



"PIEZAS PARA AUTOMOVILES EN GENERAL"
• AMERICANOS • JAPONESES • EUROPEOS

**3959157**

CENTROPIEZAS SIERRA BAYAMON
AVE WEST MAIN CALLE C BLOQUE 39-A #21 SIERRA BAYAMON
HORARIO: LUNES a SABADO 7:30 AM A 5:30 PM  DOMINGO 11:00 A 2:00
TELS (787) 740-1777   (787) 740-4044   FAX (787) 269-0055

Prt:PRT039
Term:NET111
User:cpjan
Loc:    5
Page:   3
Codes:2
Slsm:0
QUOTE:

CLIENTE: Cash Customer      Cust :   0      Order:08/08/2011  11:20AM

| CANTIDAD | NUMERO DE PIEZA *B/O* | DESCRIPCION | DEPOSITO | PRECIO LISTA | PRECIO VENTA | EXTENSION |
|---|---|---|---|---|---|---|
| | HYUNDAI ACCENT 1.5L 95-UP FUEL INYECTOR/ PUR | | | | | |
| 4 | AC BKR5ES-11 | 2382 SPARK NGK | | 2.25 | 2.25 | 9.00 |
| 2 | SJA K9227-BAR | MB241974 LINK KIT=K9222 | | 7.00 | 7.00 | 14.00 |
| | CELICA 74/84 COROLLA 74/83 18083-TRW | | | | | |
| 1 | EOS S636 | ST OXY/SE OS43-FK/138-120 | | 44.00 | 44.00 | 44.00 |
| | UNIVERSAL 3 WIRES | | | | | |
| | | Quotes Expire:08/20/11 | | | | |

405.00

TOTAL UNIDADES    LABOR    TOTAL DEPOSITO   TOTAL   19.00  PAGUE TOTAL  25.20

RECIBIDO POR: X _____  FIRMA AUTORIZADA DEL CLIENTE    $  ***QUOTE***

037645

| CUSTOMER'S ORDER NO. | DEPT. | DATE: 29/8/11 |
|---|---|---|

NAME: Maribel Aparicio
ADDRESS: Urb. Mariolga C/ San Juan K-12
CITY, STATE, ZIP: Caguas, PR 00725

| SOLD BY: | CASH ✓ | C.O.D. | CHARGE | ON ACCT. | MDSE RTD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Espejuelo Completo | | 240 00 |
|   | Progresivo/Poly carbonate | | |
|   | montura (Emma) | | |
|   | | | |
|   | (787) 403-0961 | | 240 00 |

RECEIVED BY:

[Stamp: EFRAIN DOM... Lic. 786 CIENCIAS OPTICAS]

ORIGINAL
©2001 REDIFORM® 5L320

037644

| CUSTOMER'S ORDER NO. | DEPT. | DATE: 29/8/11 |
|---|---|---|

NAME: Xavier Portela
ADDRESS: Urb. Marialga C/ San Juaquin V-12
CITY, STATE, ZIP: Cajas, 00725

| SOLD BY: | CASH ✓ | C.O.D. | CHARGE | ON ACCT. | MDSE RTD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Esp. Completa SV | | 190 00 |
| | Polycarbonate/MRI | | |
| | Vista Glamour | | |
| | (1 año de garantia | | |
| | uso normal) | | |

EFRAIN DOMINGUEZ
LIC 786
CIENCIAS OPTICAS

(787) 405-0960   190 00

RECEIVED BY:

ORIGINAL
©2001 REDIFORM® 5L320